Garland Moore v. Wesley E. Garrison, Inc.

For Former Opinion See
183 So. 332
Order Entered January 10, 1939

*Gramling & Gramling,* for Appellant;

*Albert B. Bernstein,* for Appellee.

Per Curiam.—Let the opinion on rehearing, filed June 18, 1938, be corrected so as to eliminate from the second sentence of the opinion the words "the notice of publication for tax deed," and the petition for second rehearing be and the same is hereby denied. Let the mandate go down.

Terrell, C. J., and Whitfield, Brown, Buford and Chapman, J. J., concur.